**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| JERRY WAYNE HAMILTON | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-65-RWS-JBB |
| | § | |
| WARDEN, FCI TEXARKANA | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Petitioner Jerry Wayne Hamilton's petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging the application of time credits to his sentence. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On April 22, 2026, the magistrate judge issued a report and recommendation, recommending the above petition without prejudice for want of jurisdiction because Petitioner failed to exhaust administrative remedies. Docket No. 9. A copy of the report and recommendation was sent to Petitioner at his last known address, return receipt requested, but was returned as undeliverable.[1] Docket No. 10.

As of this date of this Order, no objections have been filed with respect to the April 22, 2026 report and recommendation. Because no objections have been filed, Petitioner is barred from *de novo* review by the District Court of the magistrate judge's findings, conclusions, and

---

[1] Eastern District of Texas Local Rule CV-11(d) requires that a *pro se* litigant must provide the Court with a physical address and is responsible for keeping the Clerk of Court advised in writing of his current physical address.

recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in this case and the report and recommendation of the magistrate judge. Upon such review, the Court has determined the report and recommendation of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Docket No. 9) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled petition for a writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for want of jurisdiction because Petitioner failed to exhaust administrative remedies. It is further

**ORDERED** that any motions which may be pending in this civil action are hereby **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 21st day of July, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE